UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**OLIVER E. DIAZ, SR. and SYLVIA D. DIAZ**                            **PLAINTIFFS**

**V.**                                       **CIVIL ACTION NO.1:06CV989 LTS-RHW**

**BOBBY BOUNDS and**
**STATE FARM FIRE AND CASUALTY COMPANY**              **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiffs' motion [5] to remand is **GRANTED**;

That this action is **REMANDED** to the Circuit Court of Harrison County, Mississippi; and

That the Clerk of Court shall take the steps necessary to return this action to the Court from which it was removed.

**SO ORDERED** this 11th day of June, 2007.

                                                        s/ L. T. Senter, Jr.
                                                        L. T. SENTER, JR.
                                                        SENIOR JUDGE